IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER ALLEN HICKMAN, )<br>ID # 1668998, )<br>      Petitioner, )<br>vs. )<br> )<br>WILLIAM STEPHENS, Director, )<br>Texas Department of Criminal )<br>Justice, Correctional Institutions Division, )<br>      Respondent. ) | No. 3:15-CV-1979-K (BH)<br><br>Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to *Special Order No. 3-251*, this habeas case has been referred for findings, conclusions and recommendation. On July 24, 2015, it was recommended that the petitioner's *Application to Proceed In Forma Pauperis,* received June 9, 2015 (doc. 4), be denied because he had sufficient assets with which to pay the fee, and that this action be dismissed for failure to prosecute or follow court orders because he had failed to pay the fee within 30 days as ordered.  (*See* doc. 7.)  On September 18, 2015, the petitioner paid the filing fee.  Because he paid the fee, and the July 24, 2015 findings, conclusions, and recommendation have not yet been accepted, they are hereby **VACATED**.  The *Application to Proceed In Forma Pauperis,* received June 9, 2015, is **DEEMED MOOT**.

SIGNED this 21st day of September, 2015.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE